IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01243-RPM-KMT

JOHN P. QUEEN,

    Plaintiff,

v.

ALLIED INTERSTATE, f/k/a,
ALLIED INTERSTATE, INC.,

    Defendant.

---

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

---

Pursuant to the Offer of Judgment served by the defendant on June 12, 2013 and filed with this court June 26, 2013, and the Notice of Acceptance of the Offer of Judgment, filed June 26, 2013 with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the plaintiff John P. Queen and against defendant Allied Interstate, LLC, f/k/a Allied Interstate, Inc., in the amount of $250.00, plus reasonable costs and attorney's fees as recoverable by law and allowed by the Court. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of  0.13 % from the date of entry of judgment. It is                                            I

FURTHER ORDERED pursuant to defendant's Offer of Judgment, plaintiff shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within 14 days of entry of judgment.

DATED at Denver, Colorado this  27th  day of June, 2013.

                                        JEFFREY P. COLWELL, CLERK

                                        By: s/ Edward P. Butler
                                        Edward P. Butler, Deputy Clerk